■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH D. ULRICH, Appellant. [743 NYS2d 920] —Appeal from an order of Supreme Court, Cattaraugus County (Martoche, J.), dated October 19, 2000, which denied defendant's motion pursuant to CPL 440.10 to vacate the judgment convicting defendant of murder in the second degree.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed for reasons stated in decision at Supreme Court, Cattaraugus County, Martoche, J. Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Scudder and Burns, JJ.